**DENY and Opinion Filed April 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00380-CV**

**IN RE AL M. WILLIAMS, Relator**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17458**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Myers

Before the Court is relator's April 25, 2022 "Simple Application for Writ of Mandamus." In the application, relator complains that the trial court's judgment dismissing the underlying suit against real party in interest is void.

Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that he has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the record, we conclude that relator has failed to show an

abuse of discretion. *See* Tᴇх. R. Aᴘᴘ. P. 52.8(a). Accordingly, we deny mandamus relief.

_/Lana Myers/_

220380f.p05         LANA MYERS

JUSTICE